UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL GEOFFREY PETERS, TDCJ No. 2019190, | § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:22-cv-2162-B |
| DIRECTOR, TDCJ-CID, ET AL., | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: October 20th 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE